UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
v. )
)
) Criminal Case No. 03-516 (RJL)
JAMES ODELL BAXTER, II, *et al.*, )
)
Defendants. )

## ORDER
(August **23**, 2006)

Upon consideration of Defendant James O. Baxter's Motion for Extension of Time Within Which to Surrender to Federal Designation due to Medical Condition, it is this **23** day of August, 2006, hereby

**ORDERED** that the Motion for Extension of Time Within Which to Surrender to Federal Designation due to Medical Condition is **DENIED**, and it is further

**ORDERED** that Mr. Baxter report to FCI-Petersburg on August 24, 2006 by 2:00 p.m. to begin serving his sentence as imposed by this Court, and it is further

**ORDERED** that the U.S. Probation Office update Mr. Baxter's Presentence Report to contain complete and current information regarding Mr. Baxter's medical condition, including the addition of those documents appended to Mr. Baxter's present Motion and any additional medical documents that Mr. Baxter and his counsel shall submit, and it is further

**ORDERED** that all current medical information be forwarded by the U.S.



Probation Office to the Bureau of Prisons and the relevant administrators of FCI-Petersburg, including Dr. Jeff Allen, the Clinical Director at the FCI-Petersburg correctional facility, and it is further

**ORDERED** that Dr. Allen, upon arrival of Mr. Baxter at the FCI-Petersburg correctional facility, undertake a prompt review of the medical records submitted by the U.S. Probation Office and of Mr. Baxter's current medical condition to determine the appropriate diagnostic and treatment steps that should be taken, and to determine if the FCI-Petersburg correctional facility is the most appropriate facility to provide the necessary medical care to Mr. Baxter, and it is further

**ORDERED** that Dr. Allen report his conclusions in writing to this Court as soon as possible thereafter.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge