USA v. James Odell Baxter, I    03-526 (RJL)

Leave granted

FILED
SEP 1 8 2009
Clerk, U.S. District and
Bankruptcy Courts

September 16, 2009

Office of the Clerk, District Court
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, NW
Washington, DC 20001-2866

Office of the Clerk:

Pursuant to the Criminal Justice Act, 18 U.S.C.§3006A(a)(2)(B), I am requesting your assistance by appointment of counsel due to my inability to pay retained counsel and other costs connected with a " MOTION UNDER 28 USC §2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY." I had previously made such request filed July 1, 2008 with this court for my " Petition for Writ of Certiorari" to the Supreme Court. (See Exhibit A) The original due date of the Petition was July 10, 2008. I had requested an extension. On July 2, 2008 Chief Justice Roberts granted the application to extend the time to and including September 8, 2008. (See Exhibit C) On july 15, 2008 leave to file for legal assistance was granted by Judge Richard J. Leon. (See Exhibit B) However, upon receiving this notice much later in prison, sufficient time did not remain to further process my request with counsel and prepare my petition before the extended due date of September 8, 2008. Although another request for extension postmarked August 26, 2008 was made to the Court, it had been denied because the maximum time had already been granted. (See Exhibit C) Therefore, I proceeded Pro Se.

My Petition for Writ of Certiorari and subsequent Petition for Rehearing of Writ of Certiorari were denied. (See Exhibit D) My attestation in the initial request to this court dated June 30, 2008 as to my ineptness at filing Pro Se due to the limitations in prison, and particularly the complexities of my case, remains. My deadline for filing the above stated § 2255 Motion is January 11, 2010. Your prompt consideration and response to this matter is appreciated. If any additional forms or procedures are required for eligibility, please advise me; as I would like to enlist counsel as soon as possible.

I have attached CJA form 23.

Sincerely,

James O. Baxter II, 27161-016
FCC Petersburg Camp
PO Box 90027
Petersburg, VA 23804