Exhibit A

**FILED**
SEP 1 8 2009
Clerk, U.S. District and
Bankruptcy Courts

*leave to file first* **PGC**

CR 03-516-01

**FILED**
JUL - 1 2008
Clerk, U.S. District and
Bankruptcy Courts

June 30, 2008

Office of the Clerk, District Court
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, NW
Washington, DC 20001-2866

Office of the Clerk:

Pursuant to the Criminal Justice Act of 1964 (CJA) I am requesting your assistance by the appointment of counsel due to my inability to pay retained counsel. I am presently at my final stage of appeal and I have a filing deadline due by July 11th, 2008. I have requested an extension, however I have not received an answer as of yet. Because of my limitations in prison and complexities of my case I feel inept at filing Pro Se.
If eligible, your consideration of my attorney of record, Lisa A. Jones, Esq. (Bar No. 421002) for appointment is appreciated.

I have attached CJA form 23

Sincerely,

*James O. Baxter II*

James O. Baxter, 27161-016
FCC Petersburg Camp
PO BOX 90027
Petersburg, VA 23804

US Ct Appeals
(202) 216-7000


Exhibit B

| Print Message | | Close this window |

From "Lisa Alexis Jones, PLLC" <orbitcv@erols.com>
Date 2008/07/15 Tue AM 11:25:44 CDT
To jobii@verizon.net
Subject Fw: Activity in Case 1:03-cr-00516-RJL USA v. BAXTER et al Letter

Lisa Alexis Jones, Esq.
Lisa Alexis Jones, PLLC.
The McGraw-Hill Building
1200 G Street, N.W.
Suite 800
Washington, D.C. 20005
(202) 434-4507
(202) 434-8707 Fax
orbitcv@erols.com
www.lisajoneslaw.com
----- Original Message -----
From: DCD_ECFNotice@dcd.uscourts.gov
To: DCD_ECFNotice@dcd.uscourts.gov
Sent: Tuesday, July 15, 2008 12:17 PM
Subject: Activity in Case 1:03-cr-00516-RJL USA v. BAXTER et al Letter

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 7/15/2008 at 12:17 PM and filed on 7/1/2008
**Case Name:** USA v. BAXTER et al
**Case Number:** 1:03-cr-516
**Filer:** Dft No. 1 - JAMES ODELL BAXTER, II
**Document Number:** 372

Docket Text:
**LETTER filed by JAMES ODELL BAXTER, II dated 6/30/08 regarding assistance by appointing counsel. "Leave to file granted by Judge Richard J. Leon." (hsj, )**

1:03-cr-516-1 Notice has been electronically mailed to:

Frederick D. Cooke, Jr fcooke@rwdhc.com

Michele A. Roberts mroberts@akingump.com, eastdocketing@akingump.com

Joseph G. Cosby jcosby@tighepatton.com

*Exhibit C*

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC 20543-0001

September 4, 2008

James Odell Baxter
#27161-016
FCC Petersburg
PO Box 90027
Petersburg, VA 23804

    RE: James Odell Baxter, II, v. United States
        No: 08A14

Dear Mr. Baxter:

    The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case was postmarked August 26, 2008 and received September 3, 2008. The application is returned for the following reason(s):

    The date of the lower court judgment was April 11, 2008. The original due date of the petition was July 10, 2008. On July 2, 2008 Chief Justice Roberts granted the application to extend the time to and including September 8, 2008. The maximum time that a Justice can extend the time to file a petition is 60 days. Therefore, the Court no longer has the power to review an application for a further extension of time once the maximum amount of time has already been granted.

                                           Sincerely,
                                           William K. Suter, Clerk
                                           By:
                                           Heather Trunt
                                           (202) 479-3039

Enclosures
cc: Gregory G. Garre

*Exhibit D*

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

January 12, 2009

Mr. James Odell Baxter, II
Prisoner ID #27161-016
FCC Petersburg
PO Box 90027
Petersburg, VA 23804

Re: James Odell Baxter, II
v. United States
No. 08-6821

Dear Mr. Baxter:

The Court today entered the following order in the above-entitled case:

The petition for rehearing is denied.

Sincerely,

William K. Suter

William K. Suter, Clerk