UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Petitioner, | ) | |
| v. | ) Criminal Case No. 03-516-1(RJL) | |
| JAMES ODELL BAXTER, II, | ) | |
| Respondent. | ) | |

**ORDER**
July 25, 2011

FILED
AUG 08 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

On January 11, 2010, petitioner filed a Motion Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [Dkt. #391]. Petitioner filed a Supplement on February 3, 2010 [Dkt. #393], and a second Supplement on January 23, 2011 [Dkt. #404]. To date, the Government has not responded to petitioner's motions and supplements. Accordingly, it is hereby

**ORDERED** that the Government respond in writing within 30 days of this order.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge