IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  : Criminal No. 03-516-01

(Civil No. 1:10-cv-59)

v.  :

JAMES ODELL BAXTER, II,  :

Petitioner/Movant

### CORRECTED EXHIBIT A TO PETITIONER'S RESPONSE TO GOVERNMENT'S OPPOSITION TO HIS 2255 MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE

Attached is Corrected Exhibit A to Petitioner's Response to Government's Opposition to his 2255 Motion to Vacate, Set Aside or Correct Sentence. In error, two copies of Exhibit B and no copy of Exhibit A were attached to Petitioner's Response.

Respectfully submitted,

/s/Cheryl J. Sturm
Cheryl J. Sturm
Attorney at Law
387 Ring Road
Chadds Ford, PA 19317
484-771-2000
484-771-2008(fax)
sturmcj@aol.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 14th day of February, 2012, Corrected Exhibit A to Petitioner's Response to Government's Opposition to His 2255 Motion to Vacate, Set Aside or Correct Sentence was electronically filed and is available for viewing and downloading from the CM/ECF system.

Sherri Lea Berthrong, Esq.
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530


Dated: February 14 , 2012                 /s/Cheryl J. Sturm

# EXHIBIT "A"
# Corrected

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America            : Criminal No. 03-516-01

                                         (Civil No. 1:10-cv-59)

           v.                                             :

James Odell Baxter, II,                     :

## AFFIDAVIT OF MARY FRANCES THOMAS

Mary Frances Thomas, being duly sworn at law, avers that the following is true and correct:

(1) I reside at 905 6th Street, S.W., Apartment 606. Washington, DC 20024.

(2) I am personally acquainted with James Odell Baxter, II.

(3) I attended the Washington Wizards basketball games as the guest with James Baxter on occasions while I was a member of the Mayor's Labor Liaison. During this period of time, Mr. Baxter was working on behalf of the Washington Teachers Union (WTU) full time and also later for the WTU, part-time while he worked as the Director of the Office of Labor Relations and Collective Bargaining for the District of Columbia Government.

(4) I was not contacted by Mr. Baxter's attorney prior to trial, but if I had been asked to testify on behalf of Mr. Baxter to the facts in this affidavit, I would have done so.

                                                                         *Mary Frances Thomas*
                                                                         Mary Frances Thomas

Sworn to and subscribed to before me

this 24th day of May, 2011.

ARTURO ALDE
Notary Public, District of Columbia
My Commission Expires November 14, 2014