# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 12-3074          September Term, 2012

1:03-cr-00516-RJL-1

Filed On: September 12, 2012 [1394145]

United States of America,

    Appellee

v.

James Odell Baxter, II,

    Appellant

**FILED SEP 1 2 2012**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER

Upon consideration of the notice of appeal, and it appearing that the district court has neither granted nor denied a certificate of appealability, it is, on the court's own motion,

**ORDERED** that the determination whether a certificate of appealability is warranted in this case be referred to the district court for resolution in the first instance. See Mitchell v Reno, 216 F.3d 1126 (D.C. Cir. 2000); Fed. R. App. P. 22(b)(1). It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon its issuance of either a certificate of appealability or statement why a certificate should not issue.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
        Jennifer M. Clark
        Deputy Clerk